**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** CR05-48-03T **DATE**: June 16, 2005
**TITLE OF CASE:** USA v. Jarrette Falcione

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Leyva**
**COURT REPORTER:** **Angela Reynolds**
**COURT INTERPRETER:** **n/a**

---

**COUNSEL PRESENT**

Government: James Leavey, AUSA

Defendant: Andrew Berg, Esq.

Probation: Dennis Jenkins

---

**PROCEEDINGS:** **Change of Plea Hearing**

June 16, 2005: All counsel of record present. Defendant is present. Probation is present. Government sets forth Terms of the Plea Agreement, maximum penalties and elements of the charge. Defendant is sworn and questioned by the Court. Government sets forth Facts of the Case. Court continues to question the Defendant. Defendant pleads guilty. Court finds the Defendant competent and accepts the plea. Defendant is adjudged guilty. Sentencing is set for Friday, September 23, 2005 at 11:00 am.