# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

RECEIVED
U.S. MARSHALS SERVICE
DISTRICT OF R.I.
JUN 17 2005

RECEIVED

***Case No. CR-05-48-03T***

***To:*** ***Warden***
***ACI***
***Cranston, RI 02920***

YOU ARE HEREBY COMMANDED, to have the **body** of **Jarrette Falcione**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Ernest C. Torres**, Chief Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **11:00 o'clock a.m.**, on the **23rd** day of **September, 2005**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

... unexecuted, court ...nce cancelled.

Deputy U.S. Marshal

WITNESS the Honorable **Ernest C. Torres**

United States Chief Judge at Providence, RI
Dated: June 16, 2005.

David A. DiMarzio, Clerk

Sentencing

*By* *Lucia C. Leyva - Deputy Clerk*